UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SARDARBEKIANS,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>            Defendants.<br>_____ | NO. CV 19-00864-ODW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, Defendants' Motion for Summary Judgment (the "Motion") and the parties' related briefing, the July 28, 2023 Report and Recommendation of United States Magistrate Judge ("Report"), and Defendants' Objections thereto. Plaintiff did not file objections. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part as follows: (1) the Motion is DENIED as to Plaintiff's Claim 1 (Deception) against Defendants Cornell, Lenier, Hsieh, Safarian, and

Amador; (2) the Motion is GRANTED on Plaintiff's Claim 1 (Deception) based on qualified immunity as to Defendants Nichols, Browning, and Ohanian; (3) the Motion is GRANTED with respect to liability asserted against Defendant Cornell flowing from her testimony before the juvenile dependency court and her specific preparation related to that testimony based on absolute immunity; (4) the Motion is GRANTED in favor of Defendants County of Los Angeles and the Department of Child and Family Services on Plaintiff's Claim 2 (*Monell* liability); and (5) the Motion is DENIED as to Defendants Cornell, Lenier, Hsieh, Safarian, and Amador and GRANTED with respect to all other Defendants on the issue of punitive damages.

DATED: August 23, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE