AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

**JS-6**

Central District of California

| | |
|---|---|
| Albert Sardarbekians | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   2:19-cv-00864-KS |
| County of Los Angeles, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

_____ .

This action was *(check one)*:

☑ tried by a jury with Judge  Karen L. Stevenson  presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

❏ decided by Judge _____ on a motion for

_____ .

Date:   March 30, 2026

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*